**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   25-90525** |
| FOSSIL (UK) GLOBAL SERVICES LTD | § | |
| **DEBTOR(S),** | § | **CHAPTER   15** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **CYPRESS-FAIRBANKS ISD** | **CITY OF HOUSTON** | **HOUSTON ISD** |
| **FORT BEND COUNTY** | **LONE STAR COLLEGE SYSTEM** | **GALVESTON COUNTY** |
| **HOUSTON CITY COLLEGE** | **HARRIS CO ESD # 09** | **HARRIS CO ID # 01** |
| **MONTGOMERY COUNTY** | | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on ___30th___ day of ___Oct.___ ,2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

CLIFFORD WILLIAM CARLSON
WEIL GOTSHAL AND MANGES
700 LOUISIANA ST., STE 3700
HOUSTON, TX 77002

FOSSIL (UK) GLOBAL SERVICES
LTD
ASHTON HOUSE, 497 SILBURY
BOULEVARD
MILTON KEYNES

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:  (713) 844-3503
Email:        houston_bankruptcy@lgbs.com

By: /s/ Tara L. Grundemeier
_____
Tara L. Grundemeier
SBN: 24036691 TX